UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOMINICK VILLAFRANCO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2329** |
| **WARDEN JERRY GOODWIN** | **SECTION: "H" (1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Dominick Villafranco is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of April, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE